### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**COVALAS ACKWARD**                                          **PLAINTIFF**
**ADC # 132234**

**v.**                        **No. 4:24-cv-1036-DPM**

**JOHN FELTS, Chair, Arkansas**
**Post Prison Transfer Board;**
**BRENT MORGAN, Member,**
**Arkansas Post Prison Transfer**
**Board;   LONA MCCASTLAIN,**
**Director, Arkansas Post Prison**
**Transfer Board;   WILLIE ROBINSON,**
**Member, Arkansas Post Prison**
**Transfer Board;   ANDY SHOCK,**
**Member, Arkansas Post Prison**
**Transfer Board;   WENDY LYALS,**
**Member, Arkansas Post Prison**
**Transfer Board;   SARAH HUCKABEE**
**SANDERS, Governor, Arkansas;   and**
**DOUG SMITH, Member, Arkansas**
**Post Prison Transfer Board**                   **DEFENDANTS**

### ORDER

**1.**    Ackward hasn't paid the filing and administrative fees ($405) or filed an application to proceed *in forma pauperis*.   He must do one or the other by 3 February 2025.   If he doesn't, his case will be dismissed without prejudice.   LOCAL RULE 5.5(c)(2).

2.    The Court directs the Clerk to mail Ackward an application to proceed *in forma pauperis* and a blank § 1983 form.   If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Ackward will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

3.    Ackward's motion for the appointment of counsel, *Doc. 2*, is denied without prejudice.   The case is young and not yet screened. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

*DP Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

3 January 2025