IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

COVALAS ACKWARD                                                         PLAINTIFF
ADC # 132234

v.                                    No. 4:24-cv-1036-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board;   LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board;   WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board;   ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board;   WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board;   SARAH HUCKABEE
SANDERS, Governor, Arkansas;   and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                              DEFENDANTS

## JUDGMENT

Ackward's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2025